118

385 A.2d 553

**In re Gerald HOLMES, Jr.**

**Appeal of Gerald HOLMES and Darlene Holmes.**

Superior Court of Pennsylvania.

Argued Nov. 17, 1977.

Decided April 13, 1978.

Louis Lessem, Pittsburgh, for appellants.

Sally McIntyre, and Howard Voight, Asst. County Solicitor, Pittsburgh, with them Alexander J. Jaffurs, County Solicitor, Pittsburgh, for appellee.

Before WATKINS, President Judge, and JACOBS, HOFFMAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Order affirmed.

HOFFMAN, Judge, dissenting:

Because the record does not contain a probation report on the physical and moral properties of the home and psychiatric reports on the background and current status of each family member, he would remand for a hearing at which these factors will be considered.

WATKINS, former President Judge, did not participate in the consideration or decision of this case.